IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION



| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 2-19CR-019-D |
| LINDSAY CRAVEN (01)<br>MATTHEW REEVES (02) | |

INDICTMENT

The Grand Jury Charges:

Count One
Conspiracy to Distribute and Possess with Intent to
Distribute 500 Grams or More of Methamphetamine
(Violation of 21 U.S.C. § 846)

Beginning on or about a date unknown to the grand jury and continuing until on or about September 12, 2018, in the Amarillo Division of the Northern District of Texas, and elsewhere, **Lindsay Craven** and **Matthew Reeves**, defendants, did knowingly and intentionally combine, conspire, confederate, and agree with each other and with persons known and unknown to the grand jury to commit an offense against the United States, that is, to knowingly and intentionally distribute and possess with intent to distribute 500 grams and more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii).

All in violation of Title 21, United States Code, Section 846.

<u>Count Two</u>
Possession with Intent to Distribute 500 Grams
or More of Methamphetamine
(Violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(viii))

On or about September 12, 2018, in the Amarillo Division of the Northern District of Texas, and elsewhere, **Lindsay Craven** and **Matthew Reeves**, defendants, did knowingly and intentionally possess with intent to distribute 500 grams and more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)(viii), Title 18, United States Code, Section 2, and *Pinkerton v. United States*, 328 U.S. 640 (1946).

<u>Count Three</u>
Possession of a Firearm in Furtherance of a
Drug Trafficking Crime
(Violation of 18 U.S.C. §§ 924(c)(1)(A) and 924(c)(1)(A)(i))

On or about September 13, 2018, in the Amarillo Division of the Northern District of Texas, and elsewhere, **Lindsay Craven**, defendant, did knowingly possess firearms, to wit:

(1) a Ruger, New Model Blackhawk, 45 caliber revolver, serial number 38-65688;

(2) a Mossberg, Model 100 ATR, 30-06 caliber rifle, serial number ATR014517;

and

(3) a Colt, Model DA 38, .38 caliber revolver, serial number 125775;

in furtherance of a drug trafficking crime, that is, Possession with Intent to Distribute Methamphetamine, in violation of Title 21, United States Code, Section 841(a)(1), an offense for which she may be prosecuted in a Court of the United States.

In violation of Title 18, United States Code, Section 924(c)(1)(A), the penalty for which is found in Title 18, United States Code, Section 924(c)(1)(A)(i).

<u>Forfeiture Notice</u>
(18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c))

Upon conviction of the offense alleged in count two or three of this indictment, and pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), defendant, **Lindsay Craven**, shall forfeit to the United States of America any firearm and ammunition involved in or used in the knowing commission of the offense, including, but not limited to, the following:

(1) a Ruger, New Model Blackhawk, 45 caliber revolver, serial number 38-65688;

(2) a Mossberg, Model 100 ATR, 30-06 caliber rifle, serial number ATR014517; and

(3) a Colt, Model DA 38, .38 caliber revolver, serial number 125775.

A TRUE BILL:

_____
FOREPERSON

ERIN NEALY COX
UNITED STATES ATTORNEY

_____
ANNA MARIE BELL
Assistant United States Attorney
New Mexico State Bar No. 12501
500 South Taylor Street, Suite 300
Amarillo, Texas 79101-2446

Telephone:   806-324-2356
Facsimile:   806-324-2399
E-Mail:      anna.bell@usdoj.gov

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

THE UNITED STATES OF AMERICA

v.

LINDSAY CRAVEN (01)
MATTHEW REEVES (02)

INDICTMENT

| | |
|---|---|
| COUNT 1: | CONSPIRACY TO DISTRIBUTE AND POSSESS WITH INTENT TO DISTRIBUTE 500 GRAMS OR MORE OF METHAMPHETAMINE<br>Title 21, United States Code, Section 846. |
| COUNT 2: | POSSESSION WITH INTENT TO DISTRIBUTE 500 GRAMS OR MORE OF METHAMPHETAMINE<br>Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii). |
| COUNT 3: | POSSESSION OF FIREARMS IN FURTHERANCE OF A DRUG TRAFFICKING CRIME<br>Title 26, United States Code, Section 924(c)(1)(A). |

(3 COUNTS)
FORFEITURE NOTICE

A true bill rendered:

Amarillo _____ [signature] _____ Foreperson

Filed in open court this __24th__ day of __January__ A.D. 2019.

_____ Clerk

ARREST WARRANTS TO BE ISSUED

[signature]
UNITED STATES MAGISTRATE JUDGE