AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

| NORTHERN | DISTRICT OF | TEXAS |
|---|---|---|

UNITED STATES OF AMERICA

V.

*Lindsay Craven*

**EXHIBIT AND WITNESS LIST**

Case Number: 2:19-CR-19-D-BR-1

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Magistrate Judge Lee Ann Reno | Anna Marie Bell | Bonita L. Gunden |
| ~~XXXX~~ DATE (S)   3-6-2019 | COURT REPORTER   Digital | COURTROOM DEPUTY   Danny Aguilera / Christopher Kordes |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| X | | 3-6-2019 | | | DEA Jose Barron |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___1___ Pages