IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 2:19-CR-00019-D-BR-1 |
| | § | |
| **LINDSAY CRAVEN (1)** | § | |
| | § | |
| Defendant. | § | |

## ORDER ON ARRAIGNMENT
## AND ORDER GRANTING GOVERNMENT'S MOTION FOR PRETRIAL DETENTION

On March 6, 2019, Defendant, LINDSAY CRAVEN (1), appeared in person and with counsel, Bonita L. Gunden-FPD, before the undersigned United States Magistrate Judge. The United States appeared by and through the Assistant United States Attorney.

Pursuant to Federal Rule of Criminal Procedure 10, Defendant received a copy of the Indictment that had been filed. The reading of the Indictment was waived, and the defendant was then advised of the maximum penalties, which might be imposed if found guilty. The defendant acknowledged understanding same, and the defendant entered a plea of not guilty as to the counts filed in the Indictment.

The government had previously filed a Motion for Pretrial Detention of the defendant alleging there are no conditions of release that will reasonably assure the defendant's appearance, as required, nor the safety of any other person and the community. The government gave notice that they would seek to invoke the rebuttable presumption against the defendant on the basis that there is probable cause to believe the defendant committed a ten (10) year drug offense.

After consideration of the testimony and argument presented at the Detention Hearing, the Court finds the defendant failed to rebut the presumption of danger and the presumption of flight risk.  The government's Motion for Pretrial Detention is GRANTED.

A Criminal Trial Scheduling Order setting the trial date and pretrial motions deadline for this case will be by separate order of the Court.

Defendant, LINDSAY CRAVEN (1), was remanded to the custody of the United States Marshal.

IT IS SO ORDERED.

ENTERED on March 6, 2019.

_____
LEE ANN RENO
UNITED STATES MAGISTRATE JUDGE