UNITED STATE DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS. § | Case No. 2:19-CR-19-D |
| § | |
| LINDSAY CRAVEN § | |

MOTION FOR CONTINUANCE

Defendant LINDSAY CRAVEN ("Craven") by and through counsel, files this Motion for Continuance in the above-entitled and numbered cause and in support thereof, respectfully shows the Court as follows:

I.

Craven was indicted on January 24, 2019 and charged in a three count Indictment with the offenses of: a) Conspiracy to Distribute and Possess with Intent to Distribute 500 Grams or More of Methamphetamine; (b) Possession with Intent to Distribute 500 Grams or More of Methamphetamine; and (c) Possession of a Firearm in Furtherance of a Drug Trafficking Crime. This case has been set for trial beginning July 29, 2019. The parties are negotiating a resolution in this case and all of the discovery has been produced by the Government. Resolution of this matter is requiring input from multiple parties and difficulties in scheduling meetings with all interested parties is the reason for the requested extension of time. An extension of thirty days should provide the necessary time to get this matter resolved. The government is not opposed to a continuance of the current trial setting.

II.

This request for a continuance is not made for delay; but instead to seek resolution of this

matter. Failure to grant a continuance in this case would unduly prejudice Craven by depriving her of her right to be effectively represented by counsel. For these reasons, Craven respectfully requests that this Motion For Continuance be in all things granted.

                                            Respectfully Submitted,

                                            JASON D. HAWKINS
                                            Federal Public Defender
                                            Northern District of Texas

                                            */s/ Bonita L. Gunden*
                                            BONITA L. GUNDEN
                                            Texas Bar No. 08620450
                                            Assistant Federal Public Defender
                                            500 S. Taylor, Suite 110
                                            Amarillo, Texas 79101
                                            Phone (806) 324-2370
                                            Fax (806) 324-2372

                                            **ATTORNEY FOR DEFENDANT**
                                            **LINDSAY CRAVEN**

## CERTIFICATE OF CONFERENCE

I certify that I conferred with AUSA Anna Bell and confirmed that the government is not opposed to this request.

                                            */s/ Bonita L. Gunden*
                                            BONITA L. GUNDEN

## CERTIFICATE OF SERVICE

I hereby certify that on July 19, 2019, I electronically filed the foregoing document using the Court's CM/ECF system, thereby providing service on attorneys of record.

                                            */s/ Bonita L. Gunden*
                                            BONITA L. GUNDEN